**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-20777-CIV-GRAHAM/PALERMO

PASCUAL RODRIGUEZ,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff's Motion for Summary Judgment [D.E. 17] and the Defendant's Motion for Summary Judgment [D.E. 18].

**THIS MATTER** was initiated when Plaintiff filed this action for Social Security disability insurance against Michael J. Astrue, Commissioner, Social Security Administration [D.E. 1]. The matter was assigned to the Honorable United States Magistrate Judge Peter R. Palermo pursuant to the Clerk's Order [D.E. 14]. Plaintiff and Defendant filed cross motions for Summary Judgment [D.E. 17 and 18].

The Magistrate Judge issued a Report [D.E. 23] recommending that the Commissioner's decision be remanded pursuant to 42 U.S.C. §405(g) for rehearing on the issues detailed in his report. Magistrate Judge Palermo also recommended that the Motion for

Summary Judgment filed by Plaintiff [D.E. 17] be granted in part and the Motion for Summary Judgment filed by Defendant be granted in part. The parties did not file Objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Palmero's Report [D.E. 23] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that this matter be **REMANDED** pursuant to 42 U.S.C. §405(g) for rehearing on the issues detailed in the Magistrate Judge's Report. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [D.E. 17] is **GRANTED IN PART** and the Defendant's Motion for Summary Judgment [D.E. 18] is **GRANTED IN PART**.

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of March, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Palermo
    All Counsel of Record